**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KELLY SMITH AND KAREN BLACHOWICZ,<br><br>Plaintiffs,<br><br>v.<br><br>KIDS2, LLC,<br><br>Defendant. | Civil Action No. 1:26-cv-02806 |

# NOTICE OF SETTLEMENT

Plaintiffs Kelly Smith and Karen Blachowicz hereby advise this Honorable Court that they have reached an agreement in principle with Defendant Kids2, LLC The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: June 9, 2026 Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, PA 15228

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this June 9, 2026.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet